ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JEFF MITCHELL (Cal. State Bar No.: 236225)
ARIEL A. NEUMAN (Cal. State Bar No.: 241594)
JUSTIN RHOADES (Cal. State Bar No.: 230463)
Assistant United States Attorneys
Violent & Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2917/3380/0698
    Facsimile: (213) 894-3713
    E-mail: jeff.mitchell@usdoj.gov
        ariel.neuman@usdoj.gov
        justin.rhoades@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. <u>11-472-MMM</u> |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER DISMISSING <u>INDICTMENT AS TO DEFENDANT PETER NERIA</u> |
| v. | ) |
| ANA MARIA FELIX, ET. AL., | ) Fed. R. Crim. Proc. 48(a) |
| Defendants. | ) |

On the government's unopposed motion,

IT IS HEREBY ORDERED that the indictment as to defendant PETER NERIA is dismissed.

JANUARY 19, 2012
DATE

_Margaret M. Morrow_
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE